UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------x
                               :

WAYNE GILLMAN,               :

                          :      08 Civ. 8909 (LAP)

          Plaintiff,     :

                          :      ORDER OF CONFERENCE

        -against-       :

                          :

INNER CITY BROADCASTING   :
CORP.,                   :

                          :

          Defendant.   :
------------------------------x

LORETTA A. PRESKA, Chief United States District Judge:


      It is hereby

      ORDERED that counsel and the parties are directed to
appear in courtroom 12A, or such other courtroom as may be
designated, United States Courthouse, 500 Pearl Street, New York,
New York 10007 on April 15, 2010 at 10:00 a.m. for a settlement
conference in the above action.


SO ORDERED

March 2, 2010


                                       _____
                                       LORETTA A. PRESKA, Chief U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/3/10