UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| WAYNE GILLMAN, | **ECF CASE** |
| Plaintiff, | 08 CIV 8909 (LAP) |
| – against – | |
| INNER CITY BROADCASTING CORP., | **DEFENDANT'S NOTICE OF MOTION** |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**PLEASE TAKE NOTICE THAT**, pursuant to Federal Rules of Evidence 401, 402, 403, 602 and 701 and based on the accompanying Memorandum of Law in Support of Defendant Inner City Broadcasting Corp.'s Motion In Limine to Exclude Certain Evidence, the Affirmation of Carrie Corcoran in Support of Defendant's Motion In Limine to Exclude Certain Evidence, and the exhibits attached thereto, Defendant ICBC Broadcast Holdings ("ICBC" or "Defendant"), incorrectly named as Inner City Broadcasting Corporation, through its attorneys, Epstein, Becker & Green, P.C., will move this Court, at the United States Courthouse, 500 Pearl Street, New York, New York, on a date to be determined, for an order excluding from trial all evidence proposed by plaintiff regarding:

1. the allegations underlying his now-dismissed sexual harassment claim;

2. any allegations or claims made by other current or former ICBC employees regarding sexual harassment at ICBC;

3. plaintiff's speculation regarding the reasons for the termination of any other ICBC employees;

4. plaintiff's speculation concerning job positions and duties at other radio stations; and

5.  any evidence related to the lawsuit filed by plaintiff against Percy Sutton.


Dated:  New York, New York
        January 28, 2011                 Respectfully submitted,

                                         EPSTEIN BECKER & GREEN, P.C.

                                         By:    /s/ Carrie Corcoran
                                                Ana S. Salper
                                                Carrie Corcoran
                                         250 Park Avenue
                                         New York, New York 10177-1211
                                         (212) 351-4500

                                         Attorneys for Defendant