**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| WAYNE GILLMAN, | : | ECF Filing |
| Plaintiff, | : | |
| | : | 08 CIV 8909 (LAP) |
| - against - | : | |
| | : | **DEFENDANT'S** |
| INNER CITY BROADCASTING CORP., | : | **SUPPLEMENTAL PROPOSED** |
| | : | **VOIR DIRE** |
| Defendant. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Defendant ICBC Broadcast Holdings ("ICBC" or "Defendant"), incorrectly named as Inner City Broadcasting Corporation, respectfully requests that the Court pose the following additional questions to prospective jurors in accordance with Rule 47(a) of the Federal Rules of Civil Procedure, and further that the Court permit Defendant to supplement that examination if necessary.

<u>**ADDITIONAL PROPOSED VOIR DIRE**</u>

**A.     Jurors' Familiarity with the Parties and the Lawsuit**

1.   Do any of you know of the late Percy Sutton, the father of the Chairman of ICBC, Pierre Sutton?

(a)   Have you had any negative experiences with Percy Sutton?

(b)   Have you, any member of your family or any of your friends ever had any personal or business dealings with Percy Sutton?  If so, please describe.

(c)   Is there any reason that you, a member of your family or any of your close friends would harbor ill will toward Percy Sutton?

2.   Do any of you know of the Sutton family?

(a)   Have you had any negative experiences with the Sutton family?

(b)  Have you, any member of your family or any of your friends ever had any personal or business dealings with the Sutton family?  If so, please describe.

(c)  Is there any reason that you, a member of your family or any of your close friends would harbor ill will toward the Sutton family?

Defendant respectfully reserves the right to supplement or amend the above-requested voir dire questions subject to the answers provided by any particular juror as necessary.

Respectfully submitted,

EPSTEIN BECKER & GREEN, P.C.

By: /s/ Carrie Corcoran
        Ana Salper
        Carrie Corcoran
        250 Park Avenue
        New York, New York 10177-1211
        *Attorneys for Defendant*

Dated:  February 6, 2011